**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

HILARY MAHAR,

    Plaintiff,

       v.

BOSTON UNIVERSITY, SIOBHAN
O'MAHONEY, and JONATHAN WHITE,

    Defendants.

Civil Action No. 1:26-cv-11900-MJJ

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trustees of

Boston University hereby submits the following disclosure:

Defendant Trustees of Boston University is a non-profit organization that has no parent

corporation, and no publicly held corporation owns 10% or more of it.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY,

By its attorneys,

*/s/ Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
Victoria L. Steinberg (BBO #666482)
vsteinberg@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: July 30, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2026, this document was filed through the ECF system. It will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing.

*/s/ Alexandra Arnold*
Alexandra Arnold