**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| HILARY MAHAR, <br><br> Plaintiff, <br><br> v. <br><br> BOSTON UNIVERSITY, SIOBHAN O'MAHONEY, and JONATHAN WHITE, <br><br> Defendants. | Civil Action No. 1:26-cv-11900-MJJ |

**DEFENDANTS' MOTION TO CONTINUE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Trustees of Boston University ("BU"), Siobahn O'Mahoney, and Jonathan White respectfully move for an extension of sixty days, up to and including October 9, 2026, to respond to the Amended Complaint. As grounds, Defendants state as follows:

1.      Plaintiff Hilary Mahar filed this action on April 27, 2026 [Dkt. No. 1].

2.      On or about June 11, 2026, Plaintiff, through counsel, asked Defendants to waive formal service of process pursuant to Federal Rule of Civil Procedure 4(d). Defendants timely waived formal service.

3.      Under Federal Rule of Civil Procedure 12(a)(1)(A)(ii), Defendants' responsive pleading would have been due sixty days after the waiver requests were sent. Accordingly, Defendants' deadline to respond to the Complaint would have been August 10, 2026.

4.      On July 28, 2026, Plaintiff filed and served the Amended Complaint [Dkt. No. 4]. Under Federal Rule of Civil Procedure 15(a)(3), the deadline to respond to an amended complaint is the time remaining to respond to the original pleading or fourteen days after service

of the amended pleading, whichever is later. Defendants' deadline to respond to the Amended Complaint is therefore August 11, 2026.

5.    Defendants respectfully request a sixty-day extension of that deadline, through and including October 9, 2026, to file their responsive pleading.

6.    Good cause exists for the requested extension. The attorney responsible for this matter within BU's Office of General Counsel is departing, and newly assigned internal counsel requires additional time to become familiar with the allegations and to coordinate with outside counsel and the relevant BU personnel.

7.    In addition, because BU is in its summer recess period, certain BU personnel with knowledge of the matters alleged in the Amended Complaint have limited availability. Defendants therefore require additional time to obtain and organize information and documents from those individuals in order to prepare a complete and accurate responsive pleading.

8.    This is Defendants' first request for an extension of time to respond to the Amended Complaint. The requested extension is sought in good faith, will not prejudice Plaintiff, and will not unduly delay this action.

WHEREFORE, Defendants respectfully request that the Court allow this motion and extend the deadline for Defendants to file their responsive pleading through and including October 9, 2026.

Respectfully submitted,

BOSTON UNIVERSITY, SIOBHAN
O'MAHONEY, and JONATHAN WHITE,

By their attorneys,

*/s/ Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
Victoria L. Steinberg (BBO #666482)
vsteinberg@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: July 30, 2026

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)**

I hereby certify that on July 28, 2026, undersigned conferred by telephone with counsel

for Plaintiff in an attempt to narrow or resolve the issues raised in this motion. Plaintiff opposes

the requested extension.

> */s/ Alexandra Arnold*
> Alexandra Arnold

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, this document was filed through the ECF system. It

will be sent electronically to the registered participants, as identified on the Notice of Electronic

Filing.

> */s/ Alexandra Arnold*
> Alexandra Arnold