**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HILARY MAHAR,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON UNIVERSITY, SIOBHAN O'MAHONY, and JONATHAN WHITE,<br><br>Defendants. | Civil Action No. 1:26-cv-11900-MJJ<br><br>REQUEST FOR ORAL ARGUMENT |

**DEFENDANTS' PARTIAL MOTION TO DISMISS**
**PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Trustees of Boston University ("BU"), Siobhan O'Mahony, and Jonathan White move this Court for an order dismissing with prejudice Counts I, II, III, IV, X, XI, XII, XIII, XIV of Mahar's Amended Complaint in their entirety, and Counts V and VI as against O'Mahony and White. In the alternative, as to Count XII, Defendants request a more definite statement of the alleged fraud, in line with the requirements of Rule 9(b). The grounds for this motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

*/s/ Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
Victoria L. Steinberg (BBO #666482)
vsteinberg@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: October 9, 2026

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this motion on the grounds that such oral argument may assist the Court in its consideration of the issues presented.

*/s/ Alexandra Arnold*
Alexandra Arnold

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that on October 9, 2026, undersigned counsel for Defendants conferred by telephone with counsel for Plaintiff in an attempt to narrow or resolve the issues raised in this motion. Plaintiff does not assent to the relief sought herein.

*/s/ Alexandra Arnold*
Alexandra Arnold

## CERTIFICATE OF SERVICE

I hereby certify that this document was served electronically upon all counsel of record filing through the ECF system on October 9, 2026.

*/s/ Alexandra Arnold*
Alexandra Arnold